IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE _____

05 APR 18 PM 3:3○

ROBERT R. DI ⸱CLIO
CLERK, U.S. DI⸱T. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                              No.   04-20467
                                Judge Donald
CHAUNTAIN FLEMING and
ANDRE HUGHES

## ORDER REFUNDING CASH APPEARANCE BOND

The records of this case show that the defendant has complied with the requirements of her release and the orders of the court. Accordingly, pursuant to motion of the defendant, it is **ORDERED** that the $1,000 cash bond minus a payment of a $100 fine be refunded to Martha Boyland, the payee of the $1,000 cash.

This April _18_, 2005.

Bernice Bouie Donald, Judge
United States District Court

Approved:

THOMASON, HENDRIX, HARVEY,           TERRILL L. HARRIS
  JOHNSON & MITCHELL, PLLC           United States Attorney

By: _____        By: _____
    Kemper B. Durand                     Lorraine Craig
    Attorney for Chauntain Fleming       Assistant U. S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20467 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT